# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re:<br>    Allen Jay Ebert<br>    Sheila Mary Ebert,<br><br>    Debtors. | Chapter 7<br><br>Case No: 11-21181-mdm |
| Allen Jay Ebert<br>Sheila Mary Ebert,<br><br>    Plaintiffs,<br>v.<br><br>HSBC Bank, Nevada, N.A.<br><br>    Defendant. | Adversary Case No: _____ |

## COMPLAINT TO AVOID AND RECOVER PREFERENTIAL PAYMENTS FROM WAGES GARNISHED PRE-PETITION

**NOW COME** Allen & Shelia Ebert (collectively hereinafter "Plaintiffs"), by and through their attorneys, Buss Law Group, Ltd. by attorney Laurie A. Bigsby for their claim against HSBC Bank, Nevada, N.A. ("Defendant") and alleges and shows the Court as follows:

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Sections 1334 and 157 and 11 U.S.C. Section 547(b).

2. That on January 31, 2011 the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

3. That the Defendant, HSBC Bank, Nevada, N.A., has its principal place of business at P.O. Box 5222, Carol Stream, IL 60197.

4. That on August 6, 2010 the Defendant commenced an earnings garnishment against the Plaintiff, Sheila Ebert.

BUSS LAW GROUP, LTD.
N27 W23953 Paul Road, Ste. 201
Pewaukee, Wisconsin 53072
Telephone: 262-522-8600
Facsimile: 262-522-6383
e-mail: lab@tcblawgroup.com

5. That, as a result of the earnings garnishment, the Defendant received $1,963.68 within 90 days prior to the Bankruptcy filing.

6. That the aforementioned payments represent preferential payments to the Defendant and pursuant to Section 547 of the Bankruptcy Code, these payments are avoidable and recoverable because such payments were made while the Debtor was insolvent and within 90 days of the filing of the Debtor's Petition.

7. That the Debtors have claimed and listed on Schedule B of the Chapter 7 petition said $1,963.68 as property exempt from execution pursuant to 11 U.S.C. sec. 522(d)(5) As set forth in the bankruptcy schedules filed herein and signed by Plaintiffs under penalty of perjury.

8. That the Defendant was listed as a creditor on the Debtor's Schedule F and Creditor Mailing Matrix.

9. That on March 19, 2011, Trustee John M. Scaffidi filed with the Court his Chapter 7 Trustee's Report of No Distribution.

10. That the Defendant had multiple communications with Buss Law Group, Ltd. and refused to cooperate and return garnished funds.

**WHEREFORE**, the Plaintiffs respectfully request the entry of an order requiring that HSBC Bank, Nevada, N.A. return to the Debtors, the garnished wages which were received within the 90 days of the Bankruptcy filing and for such further relief as may be just and equitable.

Dated this 13th day of May, 2011       **BUSS LAW GROUP, LTD.**

   */s/ Laurie A. Bigsby*
   _____
   Todd C. Buss, SBN 1001647
   Laurie A. Bigsby, SBN 1052969
   Melissa M. Konrad, SBN 1061059
   Angela M. Wenman, SBN 1068129
   Attorneys for Debtor(s)